UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X

OUR WICKED LADY LLC
(d/b/a "Our Wicked Lady"); MICADO
BROOKYN LLC (d/b/a/ "The Anchored
Inn"); REGULARS LLC (d/b/a "Captain
Dan's Good Time Tavern"); HAPPYFUN
HIDEAWAY INC. (d/b/a "Happyfun
Hideaway"); FLOWERS FOR ALL OCCASIONS
INC.(d/b/a "Flowers for All Occasions
Inc.); BARNOTH GROUP LLC (d/b/a"Grey
Lady"); 7 CORNELIA HOSPITALITY, LLC
(d/b/a"Uncle Chop Chop"); PARKSIDE BAR
278 LLC (d/b/a "Palmetto"); ONE STOP
BEER SHOP LLC (d/b/a "One Stop Beer
Shop"); SCOTTOCASA INC. (d/b/a
"Scottocasa"); MODO YOGA NYC LLC
(d/b/a "Modo"); 732 TOWNIES INC.
(d/b/a "Twins Lounge"); 417 THROOP BAR
LLC (d/b/a "The Coyote Club"); 713 BAR
INC. (d/b/a "Carmelo's"); QUE BONITA
INC. (d/b/a "The Narrows"); QUE BUENO
INC. (d/b/a "Old Stanley's Bar");
MYRTLE VILLAGE LLC (d/b/a "Birdy's");
HART BAR INC. (d/b/a "Hart Bar"); ALL
NIGHT SKATE INC. (d/b/a "All Night
Skate Inc."); LYONS DEN POWER YOGA LLC
(d/b/a "Lyons Den Power Yoga");
DENTHEREMIX LLC  (d/b/a "Lyons Den
Power Yoga"); HEAVY WOODS LLC (d/b/a
"Heavy Woods"); WYCKOFF LLC (d/b/a
"Bonus Room"); VAN VLACK STRENGTH AND
CONDITIONING  LLC  (d/b/a
"DiamondHeart/PCC"); MUSKET
HOSPITALITY LLC  (d/b/a "Musket
Room"); 451 GRAHAM AVENUE CORP.
(d/b/a "The Richardson"); VENUE
TRIFECTA LLC (d/b/a "The Gradient");
URBAN MANNING LLC (d/b/a "1080 Brew");
YES STUDIO LLC (d/b/a "The Yes
Studio"); BABY COBRA COALITION LLC
(d/b/a "The Cobra Club"); WE ARE 138
LLC (d/b/a "Sweet Jane's");
GAYSEAHORSE INC. (d/b/a "Olea
Mediterranean Tavern"); VANDERBERGEN
INC. (d/b/a "White Tiger"); THE

21cv0165(DLC)

NOTICE OF INITIAL
PRETRIAL CONFERENCE

SAMPLER BK LLC  (d/b/a "The Sampler");    :
BIG HUMBLE LLC  (d/b/a "191                :
Knickerbocker"); SOUTH SKIPS INC.          :
(d/b/a "Little Skips South"); 146          :
BROADWAY ASSOCIATES LLC (d/b/a "Babys      :
All Right"); JBDP STANTON CORP. (d/b/a     :
"Bonnie Vee"); BABALU LLC (d/b/a           :
"Mamajuana Café Bronx"); THE STEEL         :
MILL LLC (d/b/a "The Steel Mill");         :
SALUD BAR & GRILL LLC (d/b/a "Salud        :
Bar & Grill"); MADE IN MEXICO              :
CORP.(d/b/a "Made in Mexico Harlem");      :
NOTHING BUT NET LLC  (d/b/a                :
"Marco's"); LUDO INC. (d/b/a "Paradise     :
Lounge"); SECRET PROJECT ROBOT GALLERY     :
LLC (d/b/a "Wonderville"); AURA COCINA     :
& BAR INC. (d/b/a "Aura"); TYP LLC         :
(d/b/a "Old Timers"); MOMO SUSHI INC.      :
(d/b/a "Momo Sushi Shack"); 303 CANARY     :
CLUB LLC (d/b/a "Canary Club"); SANTA      :
SALSA LLC (d/b/a "Santa Salsa"); CAJUN     :
PROJECT LLC (d/b/a "OTB"); GLO 718         :
CORP. (d/b/a "Parq Sports and Grill");     :
HELL'S BELLS LLC (d/b/a "The               :
Broadway"); KETTLE PIE INC. (d/b/a         :
"Allswell"); BAR BOLINAS INC. (d/b/a       :
"Bar Bolinas"); NICEWONDER &               :
ASSOCIATES LLC  (d/b/a "Purgatory");       :
LITTLE MO LLC (d/b/a "Little Mo");         :
SWEET BROOKLYN BAR LLC  (d/b/a "Sweet      :
Brooklyn Bar"); LITTLE OUTPOST INC.        :
(d/b/a "Baby Skips"); SKIPS COVERT         :
CORP. (d/b/a "Little Skips East");         :
HBAR HOLDING LLC (d/b/a "Bleu Fin Bar      :
& Grill'');cFUEL PAX FOODS LLC (d/b/a      :
"Fuel Pax Foods"); CASA RESTAURANT &       :
LOUNGE INC. (d/b/a "Casa Restaurant &      :
Lounge"); RUBI 1909 CORP.  (d/b/a          :
"RubiRosa Restaurant Bar");                :
M&J CATERING CORP. (d/b/a "M& J            :
Catering"); EMMA'S BAR AND GRILL CORP.     :
(d/b/a "Emma Bar and Grill"); AVOCADOS     :
MEXICAN GRILL INC. (d/b/a "Avocados        :
Mexican Grill Restaurant"); ESKINA 214     :
CORP. (d/b/a "Café Tabaco y Ron"); HLS     :

```
RESTAURANT INC. (d/b/a "Travesias     :
Restaurant"); LPD RESTAURANT INC.      :
(d/b/a "Cafe Colonial Restaurant");    :
and  VANTAGE POINT HOSPITALITY LLC;    :
FULTON AND LOGAN RESTAURANT LLC        :
(d/b/a "Gran Mar De Plata"); MON AMOUR :
COFFEE WINE INC. (d/b/a "Mon Amour     :
Coffee and Wine"), THE MAITE GROUP LLC :
d/b/a "Maite") and YVES LLC (d/b/a     :
"Holy Ground"),                        :
                        Plaintiffs,    :
             -v-                       :
                                       :
ANDREW CUOMO, in his official capacity :
as Governor of the State of New York;  :
STATE of NEW YORK; BILL de BLASIO, in  :
his official capacity as Mayor of      :
New York City; and THE CITY of NEW     :
YORK,                                  :
                        Defendants.    :
                                       :
--------------------------------------- X
```

DENISE COTE, District Judge:

This case has been assigned to me for all purposes.  Due to the COVID-19 pandemic, the initial pretrial conference will be held telephonically.  Prior to the date of the conference, counsel for all parties shall register as filing users in accordance with the Procedures for Electronic Case Filing.

Counsel for all parties are directed to participate in the initial pretrial conference at the time and using the dial-in instructions listed below.  Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Fed. R. Civ. P. 16 conference, and to prepare and file a detailed written proposed schedule for any motions and discovery.

If this case has been settled or otherwise terminated, counsel are not required to participate in the conference, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed prior to the date of the conference via e-mail to the Orders and Judgments Clerk at the following e-mail address: judgments@nysd.uscourts.gov.

3

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time; and counsel are directed to be available promptly.  **The attorney who will serve as principal trial counsel must participate in the conference**.

Requests for adjournment shall be made no later than <u>four</u> business days before the conference and shall be made in a letter filed on ECF in accordance with the S.D.N.Y. Electronic Case Filing Rules and Instructions.  The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate times and dates on succeeding Fridays when all counsel are available. Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

<u>YOU</u> ARE DIRECTED (i) TO SO NOTIFY ALL ATTORNEYS IN THIS ACTION BY SERVING UPON EACH OF THEM A COPY OF THIS NOTICE AND THE COURT'S INDIVIDUAL PRACTICES FORTHWITH, AND (ii) TO FILE PROOF OF SUCH NOTICE WITH THE COURT.  IF YOU ARE UNAWARE OF THE IDENTITY OF COUNSEL FOR ANY OF THE PARTIES, YOU MUST FORTHWITH SEND A COPY OF THE NOTICE AND PRACTICES TO THAT PARTY PERSONALLY.

DATE OF CONFERENCE: **February 26, 2021** AT **3 P.M.**

The parties shall use the following dial-in credentials for the conference.

        Dial-in:        888-363-4749
        Access code:    4324948

The parties shall use a landline if one is available.

SO ORDERED:

Dated:    New York, New York
          January 12, 2021

_____
                        DENISE COTE
          United States District Judge