# UNITED STATES DISTRICT COURT
for the

Our Wicked Lady et al

*Plaintiff(s)*

v.

ANDREW CUOMO, in his official capacity as Governor of the STATE of NEW YORK; STATE of NEW YORK, BILL de BLASIO, in his official capacity as Mayor of New York City; and THE CITY of NEW YORK

*Defendant(s)*

Civil Action No. 1:21-cv-165

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Andrew Cuomo, Office of the Governor of the State of New York, 633 3rd Avenue, 38th Floor, New York, New York 10017; State of New York, Office of the New York State Attorney General, 28 Liberty St. New York, New York 10005; Bill de Blasio, City Hall, New York, New York 10007; The City of New York, Office of the New York City Comptroller, 1 Centre Street #530, New York, New York 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/13/2021

s/ G. Pisarczyk
*Signature of Clerk or Deputy Clerk*