UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

**OUR WICKED LADY, LLC,**
(d/b/a "Our Wicked Lady") *et al*.,

                                                      **NOTICE OF APPEARANCE**

                             Plaintiffs,

          -against-                               21-CV-165 (DLC)

**ANDREW M. CUOMO,** in his official capacity as
Governor of the State of New York, *et al*.,

                             Defendants.

------------------------------------------------------------------------ X

       **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel KERRI A. DEVINE, appears as counsel for defendants BILL de BLASIO in his official capacity as Mayor of the City of New York and THE CITY OF NEW YORK in the above-captioned action, and requests to receive notice of all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated: New York, New York
February 8, 2021

                                        JAMES E. JOHNSON
                                        Corporation Counsel of the City of New York
                                        100 Church Street
                                        New York, New York 10007
                                        kdevine@law.nyc.gov
                                        Tel: (212) 356-2214
                                        Fax: (212) 356-2059

                          By:                *Kerri A. Devine* /s/
                                        Kerri A. Devine
                                        Assistant Corporation Counsel

To: Counsel of record via ECF