UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

**OUR WICKED LADY, LLC,**
(d/b/a "Our Wicked Lady") *et al*.,

                                                 **NOTICE OF APPEARANCE**
                              Plaintiffs,

                    -against-                              21-CV-165 (DLC)

**ANDREW M. CUOMO,** in his official capacity as
Governor of the State of New York, *et al*.,

                                      Defendants.

------------------------------------------------------------------------ X

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Samantha Schonfeld, appears as counsel for defendants BILL de BLASIO in his official capacity as Mayor of the City of New York and THE CITY OF NEW YORK in the above-captioned action, and requests to receive notice of all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated: New York, New York
February 8, 2021

                                      JAMES E. JOHNSON
                                      Corporation Counsel of the City of New York
                                      100 Church Street
                                      New York, New York 10007
                                      Tel: (212) 356-2183
                                      Fax: (212) 356-2059
                                      sschonfe@law.nyc.gov

                              By:        *Samantha Schonfeld* /s/
                                      Samantha Schonfeld
                                      Assistant Corporation Counsel

To: Counsel of record via ECF