```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
OUR WICKED LADY LLC (d/b/a "Our Wicked   :    21cv0165(DLC)
Lady"), et al.,                          :
                                         :         ORDER
                    Plaintiffs,          :
          -v-                            :
                                         :
ANDREW CUOMO, in his official capacity   :
as Governor of the State of New York;    :
STATE of NEW YORK; BILL de BLASIO, in    :
his official capacity as Mayor of New    :
York City; and THE CITY of NEW YORK,     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The plaintiffs filed the above-captioned case on January 8, 2021.  On January 12, an initial pretrial conference was scheduled for February 26.  The plaintiffs have not yet filed affidavits of service.

On Friday evening, February 5, the plaintiffs filed a motion to preliminarily enjoin the defendants from enforcing restrictions on indoor dining within New York City which will go into effect on February 14.  The plaintiffs seek permission to operate their businesses at 50% capacity.  It is hereby

ORDERED that the plaintiffs shall serve their motion of February 5 on the defendants by **February 8, 2021.**  The plaintiffs shall consult with defense counsel on February 8

regarding a schedule for addressing the motion for a preliminary injunction.

IT IS FURTHER ORDERED that the plaintiffs shall promptly file affidavits of service.

IT IS FURTHER ORDERED that a conference is scheduled for **February 9, 2021 at 4:00pm.**

Due to the ongoing COVID-19 pandemic, the conference will be held telephonically.  The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:        888-363-4749

        Access code:    4324948

The parties shall use a landline if one is available.


Dated:   New York, New York
        February 8, 2021

_____
DENISE COTE
United States District Judge