UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OUR WICKED LADY, LLC,
(d/b/a "Our Wicked Lady") *et al.*,

                                              Plaintiffs,

       v.

ANDREW M. CUOMO, in his official capacity as
Governor of the State of New York, *et al.*,

                                              Defendants.

No. 21-cv-165 (DLC)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Matthew L. Conrad hereby enters his appearance in the above-captioned matter on behalf of Defendants Andrew M. Cuomo, in his official capacity as Governor of the State of New York, and the State of New York (collectively, the "State Defendants"). Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated: New York, New York
         February 9, 2021

                                          LETITIA JAMES
                                          Attorney General
                                          State of New York
                                          *Attorney for State Defendants*

                                By: /s/ Matthew L. Conrad
                                    MATTHEW L. CONRAD
                                    Assistant Attorney General
                                    28 Liberty Street
                                    New York, NY 10005
                                    (212) 416-8610
                                    Matthew.conrad@ag.ny.gov