```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
OUR WICKED LADY LLC (d/b/a "Our Wicked   :    21cv0165(DLC)
Lady"), et al.,                          :
                                         :       ORDER
                      Plaintiffs,        :
            -v-                          :
                                         :
ANDREW CUOMO, in his official capacity   :
as Governor of the State of New York;    :
STATE of NEW YORK; BILL de BLASIO, in    :
his official capacity as Mayor of New    :
York City; and THE CITY of NEW YORK,     :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 5, 2021, the plaintiffs filed a motion to preliminarily enjoin the defendants from enforcing restrictions on indoor dining within New York City. Pursuant to the teleconference held on February 9, 2021, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall submit a joint stipulation of undisputed facts underlying the plaintiffs' motion for a preliminary injunction by **February 12, 2021.**

2. The defendants shall submit any opposition to the plaintiffs' motion for a preliminary injunction by **February 23, 2021.**

3. The plaintiffs shall submit any reply by **February 26, 2021**. The plaintiffs shall also inform the Court by **February 26** if they wish to cross examine any affiant whose testimony is presented with the defendants' opposition.

SO ORDERED.

Dated:   New York, New York
         February 10, 2021

                                     _____
                                     DENISE COTE
                                     United States District Judge