

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

**BY ECF AND E-MAIL**　　　　　　　　　　　　　　　　　　　　　February 16, 2021

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:　Our Wicked Lady, LLC, et al. v. Cuomo, et al., No. 21-cv-165

Dear Judge Cote:

　　This Office represents defendants Andrew M. Cuomo, in his official capacity as Governor of the State of New York, and the State of New York (the "State Defendants").

　　We write jointly with plaintiffs and with co-defendants Bill de Blasio, in his official capacity as Mayor of the City of New York, and the City of New York (the "City Defendants", and collectively with State Defendants and plaintiffs, the "Parties") to request that the current date to answer or otherwise respond to the Complaint be adjourned.

　　Currently, the State Defendants' and City Defendants' responses to the Complaint are due on Thursday, February 18, 2021. Given the pendency of plaintiffs' motion for a preliminary injunction, the Parties jointly request that the deadline to respond to the Complaint be adjourned until 21 days after a decision has been issued on the preliminary injunction motion. Counsel for all Parties have conferred and join in this request, which is the first request for an extension of this time period.

　　The Parties appreciate the Court's attention to this matter.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Matthew L. Conrad
　　　　　　　　　　　　　　　　　　　　　Matthew L. Conrad
　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　28 Liberty Street
　　　　　　　　　　　　　　　　　　　　　New York, N.Y. 10005
　　　　　　　　　　　　　　　　　　　　　(212) 416-6352
　　　　　　　　　　　　　　　　　　　　　Matthew.Conrad@ag.ny.gov

cc:　Counsel of record