```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
OUR WICKED LADY LLC (d/b/a "Our Wicked   :    21cv0165(DLC)
Lady"), et al.,                          :
                                         :         ORDER
                         Plaintiffs,     :
              -v-                        :
                                         :
ANDREW CUOMO, in his official capacity   :
as Governor of the State of New York;    :
STATE of NEW YORK; BILL de BLASIO, in    :
his official capacity as Mayor of New    :
York City; and THE CITY of NEW YORK,     :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On January 12, 2021, an initial pretrial conference was scheduled for February 26.  It is hereby

ORDERED that the February 26 initial pretrial conference is adjourned sine die.


Dated:    New York, New York
          February 16, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge