

| | THE CITY OF NEW YORK | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **SAMANTHA SCHONFELD**<br>Senior Counsel<br>Phone: 212-356-2183<br>Fax: 212-356-2059<br>Email: sschonfe@law.nyc.gov |

February 22, 2021

Hon. Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



      Re: Our Wicked Lady, LLC et al. v. Cuomo et al.,
          Civil Action No.: 21-cv-00165

Your Honor:

      This office represents defendants Mayor Bill de Blasio in his official capacity as Mayor of New York City and the City of New York ("City Defendants") in the above-referenced action.

      City Defendants' opposition to plaintiffs' motion for a preliminary injunction is due on February 23, 2021. In addition to opposing plaintiffs' motion, City Defendants also plan to cross-move to dismiss the Complaint. City Defendants recognize that pursuant to your Honor's Individual Practices in Civil Cases, there is a twenty-five (25) page limit for memoranda of law in support. As City Defendants are planning to file one memorandum of law in opposition to plaintiffs' motion for a preliminary injunction and in support of their cross-motion to dismiss the Complaint, City Defendants need additional space to appropriately address all claims. Accordingly, City Defendants respectfully request that the Court grant them an additional five (5) pages for their memorandum of law, allowing them thirty (30) pages to fully address all arguments. Counsel for all parties have consented to this request.

      Thank you for your consideration.

Respectfully,

/s/
Samantha M. Schonfeld
Kerri A. Devine
Assistant Corporation Counsels

Granted.  2.22.2021.

_____
DENISE COTE
United States District Judge