```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
OUR WICKED LADY LLC (d/b/a "Our Wicked   :    21cv0165(DLC)
Lady"), et al.,                          :
                                         :         ORDER
                      Plaintiffs,        :
           -v-                           :
                                         :
ANDREW CUOMO, in his official capacity   :
as Governor of the State of New York;    :
STATE of NEW YORK; BILL de BLASIO, in    :
his official capacity as Mayor of New    :
York City; and THE CITY of NEW YORK,     :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The City defendants having informed the Court that they intend to file a motion to dismiss the complaint, it is hereby

ORDERED that the plaintiffs shall file any amended complaint by **March 9, 2021**. It is unlikely that the plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, the plaintiff shall file any opposition to the motion to dismiss by **March 9, 2021.**

IT IS FURTHER ORDERED that the defendants' reply, if any, shall be filed by **March 16, 2021.**

Dated:   New York, New York
         February 22, 2021

_____
          DENISE COTE
United States District Judge