# EXHIBIT L



MARCH 20, 2020    Albany, NY

# Governor Cuomo Signs the 'New York State on PAUSE' Executive Order

10-Point Policy that Assures Uniform Safety for Everyone

100% Closure of Non-Essential Businesses Statewide, Effective 8pm Sunday — Exceptions Made For Essential Services Such as Groceries and Healthcare

"Matilda's Law" Will Provide New Protections for Most Vulnerable Populations - New Yorkers Age 70 and Older, People with Compromised Immune Systems and Those With Underlying Illnesses

Directs 90-Day Moratorium on Any Residential or Commercial Evictions

Asks PPE Product Providers to Sell Non-Essential Products to the State and Encourages Companies to Begin Manufacturing PPE Products

# Confirms 2,950 Additional Coronavirus Cases in New York State - Bringing Statewide Total to 7,102; New Cases in 23 Counties

Governor Andrew M. Cuomo today announced he is signing the "New York State on PAUSE" executive order, a 10-point policy to assure uniform safety for everyone. It includes a new directive that all non-essential businesses statewide must close in-office personnel functions effective at 8PM on Sunday, March 22, and temporarily bans all non-essential gatherings of individuals of any size for any reason.

Governor Cuomo also announced "Matilda's Law" - named for the Governor's mother - to protect New York's most vulnerable populations, including individuals age 70 and older, those with compromised immune systems and those with underlying illnesses. The measure requires this group of New Yorkers to stay home and limit home visitation to immediate family members or close friends in need of emergency assistance. If it is necessary to visit such individuals, the visitor should get prescreened by taking temperature and seeing if person is exhibiting other flu-like symptoms. Both individuals should wear a mask for the duration of the visit.

The Governor also announced a 90-day moratorium on any residential or commercial evictions.

Additionally, amid a shortage of personal protective equipment — or PPE — products in the state, including gloves, masks and gowns, the Governor is asking all PPE product providers to sell to the state any products that are not

essential or not currently being used. Businesses interested in selling products to the state should contact Simonida Subotic at 646-522-8477 or covid19supplies@exec.ny.gov.

The Governor is also encouraging any company with the proper equipment or personnel to begin to manufacture PPE products if possible. The state is willing to provide funding to any company to obtain the proper equipment and personnel. Businesses interested in receiving state funding to manufacture PPE products should contact EricGertler at 212-803-3100 or COVID19supplies@esd.ny.gov.

> We know the most effective way to reduce the spread of this virus is through social distancing and density reduction measures.
>
> **Governor Andrew M. Cuomo**

"We know the most effective way to reduce the spread of this virus is through social distancing and density reduction measures," Governor Cuomo said. "I have said from the start that any policy decision we make will be based on the facts, and as we get more facts we will calibrate our response accordingly. This executive order builds on the actions we have taken to reduce the spread of the virus and protect the wellbeing of our friends, colleagues and neighbors. But again, I want to remind New Yorkers that the

panic we are seeing is outpacing the reality of the virus — and we will get through this period of time together."

The Governor's 10-point NYS on PAUSE plan is as follows:

1. Effective at 8PM on Sunday, March 22, all non-essential businesses statewide will be closed;
2. Non-essential gatherings of individuals of any size for any reason (e.g. parties, celebrations or other social events) are canceled or postponed at this time;
3. Any concentration of individuals outside their home must be limited to workers providing essential services and social distancing should be practiced;
4. When in public individuals must practice social distancing of at least six feet from others;
5. Businesses and entities that provide other essential services must implement rules that help facilitate social distancing of at least six feet;
6. Individuals should limit outdoor recreational activities to non-contact and avoid activities where they come in close contact with other people;
7. Individuals should limit use of public transportation to when absolutely necessary and should limit potential exposure by spacing out at least six feet from other riders;
8. Sick individuals should not leave their home unless to receive medical care and only after a telehealth visit to determine if leaving the home is in the best interest of their health;
9. Young people should also practice social distancing and avoid contact with vulnerable populations; and
10. Use precautionary sanitizer practices such as using isopropyl alcohol wipes.

"Matilda's Law" includes the following rules for vulnerable populations:

- Remain indoors;
- Can go outside for solitary exercise;
- Pre-screen all visitors and aides by taking their temperature and seeing if person is exhibiting other flu-like symptoms;
- Do not visit households with multiple people;
- Wear a mask when in the company of others;
- To the greatest extent possible, everyone in the presence of vulnerable people should wear a mask;
- Always stay at least six feet away from individuals; and
- Do not take public transportation unless urgent and absolutely necessary.



Finally, the Governor confirmed 2,950 additional cases of novel coronavirus, bringing the statewide total to 7,102 confirmed cases in New York State. Of the 7,102 total individuals who tested positive for the virus, the geographic breakdown is as follows:

|  |  |  |
|---|---|---|
|  |  |  |

| County | Total Positive | New Positive |
|---|---|---|
| Albany County | 61 | 18 |
| Allegany County | 2 | 0 |
| Broome County | 2 | 0 |
| Chenango County | 2 | 0 |
| Clinton County | 2 | 0 |
| Columbia County | 1 | 1 |
| Delaware County | 1 | 0 |
| Dutchess County | 36 | 5 |
| Erie County | 31 | 3 |
| Essex County | 1 | 0 |

| | | |
|---|---|---|
| Fulton County | 1 | 0 |
| Genesee County | 1 | 0 |
| Greene County | 2 | 0 |
| Hamilton County | 2 | 0 |
| Herkimer County | 2 | 1 |
| Jefferson County | 1 | 0 |
| Livingston County | 1 | 1 |
| Monroe County | 32 | 5 |
| Montgomery County | 2 | 0 |
| Nassau County | 754 | 382 |

| | | |
|---|---|---|
| Niagara County | 3 | 2 |
| New York City | 4408 | 1939 |
| Oneida County | 2 | 0 |
| Onondaga County | 8 | 3 |
| Ontario County | 3 | 2 |
| Orange County | 84 | 33 |
| Putnam County | 7 | 2 |
| Rensselaer County | 8 | 2 |
| Rockland County | 101 | 48 |
| Saratoga County | 24 | 6 |
| Schenectady County | 21 | 3 |

| | | |
|---|---|---|
| Schoharie County | 1 | 0 |
| Suffolk County | 371 | 193 |
| Sullivan County | 8 | 5 |
| Tioga County | 1 | 0 |
| Tompkins County | 7 | 1 |
| Ulster County | 12 | 2 |
| Warren County | 1 | 0 |
| Washington County | 1 | 0 |
| Wayne County | 1 | 0 |
| Westchester County | 1091 | 293 |

| | | |
|---|---|---|
| Wyoming County | 2 | 0 |

## Contact the Governor's Press Office

**Contact us by phone:**   Albany:  (518) 474 - 8418

New York City:  (212) 681 - 4640

**Contact us by email:**   Press.Office@exec.ny.gov