# EXHIBIT V

**CDC** Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

# CDC Newsroom

## CDC Updates "How COVID is Spread" Webpage

### Media Statement

For Immediate Release: Monday, October 5, 2020
**Contact:** Media Relations
(404) 639-3286

Today, CDC issued updated guidance to its How COVID-19 Spreads website, which includes information about the potential for airborne spread of the virus that causes COVID-19.

CDC continues to believe, based on current science, that people are more likely to become infected the longer and closer they are to a person with COVID-19.  Today's update acknowledges the existence of some published reports showing limited, uncommon circumstances where people with COVID-19 infected others who were more than 6 feet away or shortly after the COVID-19-positive person left an area.  In these instances, transmission occurred in poorly ventilated and enclosed spaces that often involved activities that caused heavier breathing, like singing or exercise.  Such environments and activities may contribute to the buildup of virus-carrying particles.

CDC's recommendations remain the same based on existing science and after a thorough technical review of the guidance.

People can protect themselves from the virus that causes COVID-19 by staying at least 6 feet away from others, wearing a mask that covers their nose and mouth, washing their hands frequently, cleaning touched surfaces often and staying home when sick.

###
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

*CDC works 24/7 protecting America's health, safety and security. Whether disease start at home or abroad, are curable or preventable, chronic or acute, or from human activity or deliberate attack, CDC responds to America's most pressing health threats. CDC is headquartered in Atlanta and has experts located throughout the United States and the world.*

Page last reviewed: October 5, 2020
Content source: Centers for Disease Control and Prevention