# EXHIBIT QQ

Case 1:21-cv-00165-DLC Document 29-43 Filed 02/23/21 Page 2 of 16



FEBRUARY 8, 2021  Albany, NY

# Governor Cuomo Announces New York City Indoor Dining Can Reopen Early on February 12

New York City Restaurants Can Now Open on Lunar New Year Day; Guidance Available Here

7,716 Patient Hospitalizations Statewide

1,454 Patients in the ICU; 961 Intubated

Statewide Positivity Rate is 4.28%

114 COVID-19 Deaths in New York State Yesterday

Governor Andrew M. Cuomo today announced that New York City indoor dining can reopen at 25 percent capacity on February 12, Lunar New Year Day. The reopening was previously scheduled for Valentine's Day, but restaurants requested an earlier reopening date to allow staff to prepare and the request has been granted. The reopening is subject to strict state guidance, which can be found here.

"We're in a footrace with COVID, and the footrace is clear--it's rate of vaccination versus rate of infection and we're continuing to make progress on both fronts," **Governor Cuomo said.** "Not only have we administered more than two million doses of the vaccine, but the infection rate continues to decrease and New Yorkers should feel good about that. After all, this was possible because of their actions, their discipline and their sacrifice. As we move forward, we're continuing to respond to the facts and data every day, and when the enemy changes tactics, we change with the enemy. We were planning to open the restaurants in New York City to indoor dining on Valentine's Day, but they've made the point that they'd like to open a couple of days

2/23/2021  Governor Cuomo Announces New York City Indoor Dining Can Reopen Early on February 12 | Governor Andrew M. Cuomo

Case 1:21-cv-00165-DLC Document 29-43 Filed 02/23/21 Page 3 of 16

earlier so they can prepare for Valentine's Day. That's a reasonable request, so we'll start indoor dining on Friday at 25 percent so the restaurants can get ready."

Today's data is summarized briefly below:

- **Test Results Reported** - 197,183
- **Total Positive** - 8,448
- **Percent Positive** - 4.28%
- **7-Day Average Percent Positive** - 4.42%
- **Patient Hospitalization** - 7,716 (+67)
- **Net Change Patient Hospitalization Past Week** - -287
- **Patients Newly Admitted** - 729
- **Hospital Counties** - 57
- **Number ICU** - 1,454 (-5)
- **Number ICU with Intubation** - 961 (-18)
- **Total Discharges** - 133,470 (+565)
- **Deaths** - 114
- **Total Deaths** - 36,339

The regional hospital bed capacity and occupancy numbers, including the number of hospitalizations as a percent of the region's population, is as follows:

| Region | COVID Patients Currently in Hospital in Region | COVID Patients as Percent of Region Population | Percent of Hospital Beds Available Within 7 Days Under Surge Plan |
|---|---|---|---|
| Capital Region | 326 | 0.03% | 27% |
| Central New York | 176 | 0.02% | 31% |

| Finger Lakes | 409 | 0.03% | 38% |
|---|---|---|---|
| Long Island | 1,339 | 0.05% | 31% |
| Mid-Hudson | 870 | 0.04% | 43% |
| Mohawk Valley | 184 | 0.04% | 31% |
| New York City | 3,756 | 0.04% | 31% |
| North Country | 95 | 0.02% | 52% |
| Southern Tier | 205 | 0.03% | 44% |
| Western New York | 356 | 0.03% | 35% |
| Statewide | 7,716 | 0.04% | 34% |

The regional ICU bed capacity and occupancy numbers are as follows:

| Region | Total ICU Beds in Region | Total Occupied ICU Beds in Region | Percent of ICU Beds Available in Region (7-day Avg) |
|---|---|---|---|
| Capital Region | 237 | 200 | 16% |
| Central New York | 262 | 187 | 28% |
| Finger Lakes | 397 | 265 | 30% |
| Long Island | 868 | 683 | 21% |
| Mid-Hudson | 684 | 427 | 40% |
| Mohawk Valley | 127 | 91 | 25% |
| New York City | 2,599 | 2,058 | 20% |

| | | | |
|---|---|---|---|
| North Country | 56 | 33 | 41% |
| Southern Tier | 126 | 79 | 37% |
| Western New York | 544 | 340 | 38% |
| Statewide | 5,900 | 4,363 | 26% |

Each region's 7-day average percentage of positive test results reported over the last three days is as follows:

| REGION | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|
| Capital Region | 3.78% | 3.51% | 3.41% |
| Central New York | 2.68% | 2.23% | 2.04% |
| Finger Lakes | 3.22% | 3.01% | 2.99% |
| Long Island | 5.57% | 5.51% | 5.47% |

| | | | |
|---|---|---|---|
| Mid-Hudson | 5.31% | 5.33% | 5.30% |
| Mohawk Valley | 3.33% | 3.07% | 2.96% |
| New York City | 5.09% | 5.13% | 5.10% |
| North Country | 5.02% | 5.02% | 4.95% |
| Southern Tier | 1.53% | 1.45% | 1.33% |
| Western New York | 4.53% | 4.28% | 4.26% |
| Statewide | 4.58% | 4.50% | 4.42% |

Each New York City borough's 7-day average percentage of positive test results reported over the last three days is as follows:

| BOROUGH | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|
| Bronx | 7.07% | 7.26% | 7.03% |
| Brooklyn | 5.70% | 5.72% | 5.42% |
| Manhattan | 3.81% | 3.80% | 3.48% |

| | | | |
|---|---|---|---|
| Queens | 5.54% | 5.68% | 5.61% |
| Staten Island | 5.27% | 5.42% | 5.22% |

Of the 1,479,220 total individuals who tested positive for the virus, the geographic breakdown is as follows:

| County | Total Positive | New Positive |
|---|---|---|
| Albany | 19,507 | 69 |
| Allegany | 2,690 | 7 |
| Broome | 13,349 | 44 |
| Cattaraugus | 4,004 | 19 |
| Cayuga | 5,045 | 13 |
| Chautauqua | 6,846 | 27 |
| Chemung | 6,194 | 31 |

| | | |
|---|---|---|
| Chenango | 2,249 | 12 |
| Clinton | 2,970 | 42 |
| Columbia | 3,135 | 13 |
| Cortland | 2,935 | 12 |
| Delaware | 1,285 | 8 |
| Dutchess | 20,122 | 126 |
| Erie | 59,867 | 259 |
| Essex | 1,183 | 5 |
| Franklin | 1,706 | 17 |
| Fulton | 2,809 | 10 |
| Genesee | 4,127 | 7 |

2/23/2021 Governor Cuomo Announces New York City Indoor Dining Can Reopen Early 2nd February 12 | Governor Andrew M. Cuomo

Case 1:21-cv-00165-DLC Document 29-43 Filed 02/23/21 Page 10 of 16

| | | |
|---|---|---|
| Greene | 2,464 | 7 |
| Hamilton | 251 | 0 |
| Herkimer | 4,365 | 18 |
| Jefferson | 4,256 | 30 |
| Lewis | 1,860 | 12 |
| Livingston | 3,203 | 7 |
| Madison | 3,613 | 12 |
| Monroe | 49,596 | 230 |
| Montgomery | 2,852 | 14 |
| Nassau | 134,891 | 664 |
| Niagara | 14,364 | 68 |
| NYC | 632,347 | 4,547 |

2/23/2021 Governor Cuomo Announces New York City Indoor Dining Can Reopen Early or February 12 | Governor Andrew M. Cuomo

Case 1:21-cv-00165-DLC Document 29-43 Filed 02/23/21 Page 11 of 16

| | | |
|---|---|---|
| Oneida | 18,873 | 39 |
| Onondaga | 30,872 | 77 |
| Ontario | 5,383 | 28 |
| Orange | 33,599 | 174 |
| Orleans | 2,318 | 9 |
| Oswego | 5,650 | 9 |
| Otsego | 2,098 | 6 |
| Putnam | 7,625 | 33 |
| Rensselaer | 8,341 | 40 |
| Rockland | 35,769 | 141 |
| Saratoga | 11,067 | 50 |
| | | |

| County | Cases | Deaths |
|---|---|---|
| Schenectady | 10,203 | 37 |
| Schoharie | 1,074 | 3 |
| Schuyler | 830 | 2 |
| Seneca | 1,445 | 3 |
| St. Lawrence | 4,712 | 30 |
| Steuben | 5,259 | 29 |
| Suffolk | 149,714 | 696 |
| Sullivan | 4,389 | 14 |
| Tioga | 2,599 | 15 |
| Tompkins | 3,226 | 25 |
| Ulster | 9,170 | 49 |
| Warren | 2,606 | 10 |

| | | |
|---|---|---|
| Washington | 2,055 | 28 |
| Wayne | 4,223 | 16 |
| Westchester | 98,445 | 537 |
| Wyoming | 2,599 | 16 |
| Yates | 991 | 2 |

Yesterday, 114 New Yorkers died due to COVID-19 in New York State, bringing the total to 36,339. A geographic breakdown is as follows, by county of residence:

| Deaths by County of Residence | |
|---|---|
| County | New Deaths |
| Albany | 3 |
| Bronx | 9 |
| Broome | 1 |

2/23/2021, Governor Cuomo Announces New York City Indoor Dining Can Reopen Early on February 12 | Governor Andrew M. Cuomo

Case 1:21-cv-00165-DLC Document 29-43 Filed 02/23/21 Page 14 of 16

| | |
|---|---|
| Chautauqua | 2 |
| Chemung | 1 |
| Chenango | 2 |
| Dutchess | 1 |
| Erie | 3 |
| Fulton | 1 |
| Herkimer | 3 |
| Kings | 19 |
| Lewis | 1 |
| Manhattan | 10 |
| Monroe | 6 |
| Montgomery | 1 |

| | |
|---|---|
| Nassau | 12 |
| Oneida | 2 |
| Onondaga | 1 |
| Orange | 1 |
| Queens | 11 |
| Richmond | 4 |
| Rockland | 4 |
| Schenectady | 1 |
| Schuyler | 1 |
| Suffolk | 6 |
| Ulster | 1 |
| | |

| | |
|---|---|
| Warren | 2 |
| Westchester | 5 |

## Contact the Governor's Press Office

**Contact us by phone:**

Albany: (518) 474 - 8418

New York City: (212) 681 - 4640

**Contact us by email:**

Press.Office@exec.ny.gov