# EXHIBIT VV



No. 202.57

## EXECUTIVE ORDER

**Continuing Temporary Suspension and Modification of Laws
Relating to the Disaster Emergency**

**WHEREAS**, on March 7, 2020, I issued Executive Order Number 202, declaring a State disaster emergency for the entire State of New York; and

**WHEREAS**, both travel-related cases and community contact transmission of COVID-19 have been documented in New York State and are expected to continue;

**NOW, THEREFORE**, I, Andrew M. Cuomo, Governor of the State of New York, by virtue of the authority vested in me by Section 29-a of Article 2-B of the Executive Law to temporarily suspend or modify any statute, local law, ordinance, order, rule, or regulation, or parts thereof, of any agency during a State disaster emergency, if compliance with such statute, local law, ordinance, order, rule, or regulation would prevent, hinder, or delay action necessary to cope with the disaster emergency or if necessary to assist or aid in coping with such disaster, or to provide any directive necessary to respond to the disaster, do hereby continue the suspensions and modifications of law and any directives not superseded by a subsequent order contained in Executive Order 202.53, which includes continuation of certain suspensions, modifications and directives contained in Executive Order 202.22 through 202.26, 202.32, 202.33, 202.34, 202.35, 202.44, and 202.45, through September 19, 2020, except the following:

- Section 28-66 of the Charter of the City of Buffalo;

- Any extension of the period for paying property taxes without interest or penalties pursuant to Real Property Tax Law Section 925-a is no longer in effect.

**IN ADDITION**, by virtue of the authority vested in me by Section 29-a of Article 2-B of the Executive Law to issue any directive during a disaster emergency necessary to cope with the disaster, I do hereby issue the following directives through September 19, 2020:

- The directive contained in Executive Order 202.5, as extended, that required closure to the public of all places of public amusement, is hereby modified only insofar as to allow bowling alleys to open as of August 17, 2020 subject to adherence to Department of Health issued guidance.

- The directive contained in Executive Order 202.3, as extended, that required any gym, fitness center or classes, to cease operation, is hereby modified only insofar as to allow a gym, fitness center or class, to operate subject to adherence to Department of Health issued guidance; and provided further, that such operations may begin no earlier than August 24, 2020, or may be postponed by the local chief executive only consistent with Department of Health issued guidance.

- The directive contained in Executive Order 202.48, which modified the directive in Executive Order in 202.28 that prohibited the initiation of a proceeding or enforcement of an eviction of any commercial tenant for nonpayment of rent or a foreclosure of any commercial mortgage for nonpayment of such mortgage is continued through September 20, 2020.

- The directive contained in Executive Order 202.53 that allowed the New York City region to enter Phase 4 of the State's reopening is hereby modified to allow for low-risk indoor arts and cultural activities to open, as of August 24, 2020, subject to adherence to the Department of Health issued guidance.



G I V E N   under my hand and the Privy Seal of the

State in the City of Albany this

twentieth of August in the year two

thousand twenty.

BY THE GOVERNOR

Secretary to the Governor