# EXHIBIT BBB



We've been producing journalism in the public interest for 10 years, with the aim of making Hawaii a better place, and we have no plans to stop any time soon. But we need your help to keep this critical work going strong. **For a limited time, donations to Civil Beat will be doubled, thanks to a matching gift from the NewsMatch program!**

Civil Beat has raised $80,000 towards our $200,000 goal!

DONATE

# Coronavirus Cluster At Hawaiian Airlines Ignites Outbreak At Oahu Gyms

At least two dozen Hawaiian Airlines employees contracted COVID-19 at a training in late June. One infected employee who visited a pair of Oahu gyms set off a second disease cluster.

 6

By Brittany Lyte       / July 13, 2020

Reading time: 1 minute.

There are now at least two dozen COVID-19 infections connected to a Hawaiian Airlines flight attendant training last month.

The training program started on June 24 at the airline's Honolulu headquarters. The airline said some employees who attended the training reported feeling ill a few days later. By July 2, eight employees had tested positive for the virus.

The number of positive cases has since tripled.

One infected airline employee, who visited a pair of Oahu gyms after the training started but before he or she learned they had contracted the virus, set off a new infection cluster at the two gyms. There are now 20 positive COVID-19 cases connected to infection outbreaks at those gyms, which state officials have not named. That makes 44 cases in total that tie back to the training.

In response to the disease cluster, Hawaiian Airlines canceled its flight attendant trainings for two weeks to facilitate a "deep clean" of its facilities, according to airline spokeswoman Ann Botticelli.

All of the program's instructors were tested and about 60 employees who participated in the training program were asked to self-quarantine and monitor their health, Botticelli said.

## Before you go . . .

For the past several months our nonprofit newsroom has worked beyond our normal capacity to provide accurate information, push for accountability, amplify smart ideas and new voices, and double down on facts and context to write deeply reported local stories.

The truth is, our evolution as a public service news organization over the past 10 years has prepared us for this moment in time, when what we do matters the most. Reader support keeps our small newsroom afloat. If you value the work of our journalists, please consider making a tax-deductible gift.

**CONTRIBUTE**

About the Author



**Brittany Lyte**

Brittany Lyte is a reporter for Civil Beat. You can reach her by email at [blyte@civilbeat.org](mailto:blyte@civilbeat.org) or follow on Twitter at [@blyte](https://twitter.com/blyte)

**Use the RSS feed to subscribe to Brittany Lyte's posts today**

## Top Stories


This Kauai Nonprofit Is Trying To Change How People Buy Their Food


Modifying Safe Travels Program Could Allay Health, Economic Fears


Eric Stinton: The End Of Distance Learning Is Near. Let's Not Rush What Comes Next


VIRUS TRACKER — Dec. 3: 144 New COVID-19 Cases And 2 Deaths In Hawaii

## STAY UP TO DATE ON THE CORONAVIRUS AND OTHER HAWAII ISSUES

Sign up for our FREE morning newsletter

**SIGN ME UP!**

And don't worry, we hate spam too! You can unsubscribe any time.



The only news outlet in Hawaii dedicated to public affairs reporting. Our mission is to engage and educate the community on important public issues through in-depth reporting, explanatory and investigative journalism, analysis and commentary.

 Best Overall News Site

Civil Beat has been named the best overall news site in Hawaii for the 9th year in a row by the Society of Professional Journalists Hawaii Chapter.

MEMBER
Institute for Nonprofit News

About Civil Beat    Member Benefits    Contact Us    Events

Jobs    FAQ    Got A Tip?    Podcasts    Privacy Policy

Reprint Policy    Corporate Donations    Terms of Service

Copyright © 2010-2020 Honolulu Civil Beat Inc. All rights reserved. Civil Beat ® is a registered trademark of Honolulu Civil Beat Inc.