# EXHIBIT CCC

 Home


Follow on

# BREAKING
# Three people charged with providing ammunition to gunman responsible for N.S. shooting: RCMP

Advertisement

CALGARY | News

# Outbreak connected to Calgary fitness club balloons to more than 40 cases

Michael Franklin   CTVNewsCalgary.ca Senior Digital Producer
 @CTVMFranklin  | Contact

Published Thursday, July 23, 2020 7:20PM MDT Last Updated Thursday, July 23, 2020 9:00PM MDT



A Calgary fitness club was closed last week after COVID-19 was discovered in a number of staff members. There are now 42 cases connected to the outbreak.

Advertisement

MOST-WATCHED

SHARE           

CALGARY -- More than 40 cases of COVID-19 have now been identified as being connected to an outbreak at an indoor cycling studio in southwest Calgary.

According to the latest data from Alberta Health, 42 people have active cases of coronavirus that they caught from an outbreak at 17 Avenue S.W.'s RIDE Cycle Club.

- COVID-19: Click for the latest news and analysis
- Coronavirus newsletter sign-up: Get The COVID-19 Brief sent to your inbox



- Full coverage at CTVNews.ca/Coronavirus
- Tracking every case of COVID-19 in Canada
- Vaccine tracker: The top contenders to stop the novel coronavirus
- What's driving Canada's increase in COVID-19 infections? See the hotspots
- 'Very shocking': Video captures huge crowds, lineups in Niagara Falls
- 'This needs to be a wake-up call': Alberta's COVID-19 spike continues with 114 new COVID-19 cases, 2 deaths
- What constitutes a second wave in Canada?
- How to encourage your kids to wear a mask
- Edmonton makes masks mandatory in public transit, city facilities
- Announcement coming next week for plan to reopen Ontario schools
- Blood tests for coronavirus antibodies reveal 'undetected infections' in Canada
- COVID-19 alert app starts beta testing after three-week delay
- Ontario records significant dip in COVID-19 cases, no new deaths
- P.E.I. man with COVID-19 jailed for allegedly refusing to self-isolate

On July 15, the studio closed down after it discovered a number of people connected to the facility tested positive. The number of cases at that time was not released.

Since then, staff at the facility have been busy contacting everyone who attended a series of training classes between July 6 and 13, saying they may have been exposed to contagious individuals.

There are no recovered cases connected to this outbreak so far.

In an earlier interview with CTV News, RIDE said its Calgary location was following strict safety protocols, including three metres of spacing between bikes as well as improved disinfection protocols and physical distancing.



Teddy Bear Toss turns into Teddy Bear Lane



COVID-19 assessment centre opens in Banff



City will enforce health laws



LIVE: Ongoing news coverage on CTV News Channel



The funniest thing on TV might be a commercial written and produced by Ryan Reynolds

MOST-READ

- Manitoba puts brakes on easing travel restrictions in fourth phase

[Related Stories]

- Calgary RIDE CYCLE CLUB warns staff and trainees of possible COVID-19 outbreak
- Calgary restaurant and fitness clubs closed due to COVID-19 concerns

SHARE       

▢ Report Error    ▢ Editorial standards and policies    ▢ Why you can trust CTV News

## WATCH MORE FROM CTV NEWS


COVID-19 assessment centre opens in Banff


Music centre gala goes virtual Friday


Fish Creek volunteers celebrated at virtual event


Accessibility consultant recognized by province


Teddy Bear Toss turns into Teddy Bear Lane


City will enforce health laws

## CALGARY TOP STORIES


'Talk to my friend in the ICU': Premier Kenney calls out COVID-19 truthers, anti-maskers


Alberta enters Friday with COVID-19 highs in daily and active cases, hospitalizations


Man arrested after allegedly selling drugs near playground, daycare








Calgary choreographer beats out Beyonce's music video at the 2020 UK Music Video Awards


COVID-19 exposure confirmed at Chinook Centre


2 dozen WestJet flights added to airline's COVID-19 notification list in Calgary


22 more workers at southern Alberta Loblaw, Sobeys and Co-op stores have contracted COVID-19


Need to self-isolate? Calgary mayor reminds residents that hotel rooms are available

$152.8M in provincial stimulus funding announced for Calgary projects

Theft suspect missing, truck with passengers abandoned following crash outside Calgary

Alberta set to retire coal power by 2023, ahead of 2030 provincial schedule

MORE FROM CTV NEWS CALGARY


City of Calgary cancels New Year's Eve fireworks show


From the ice to Teddy Bear Lane: Hitmen find another way to collect stuffed animals for needy children


Controlling share of Benevity to be sold in deal valuating Calgary company at $1B


National Music Centre's yearly gala goes virtual


With southern Alberta Polar Express derailed by COVID-19, customers seek refunds for golden tickets


Scenic session: Members of Canada's long track speedskating team lace up on Alberta's Gap Lake

DON'T MISS


Satan and 2020 paired as couple in new TV commercial


1983: Prince Charles and Princess Diana visit Ottawa


Fire breaks out at oil refinery in South Africa

CTVNEWS.CA TOP STORIES


Common-law partner, 2 others charged with providing ammunition to N.S. shooter


Feds secure more Moderna vaccines, sign deal with FedEx to ship doses


PM won't confirm reports U.S. Justice Department seeking plea deal with Meng Wanzhou



Walmart Canada to give 85,000 workers cash 'appreciation' bonus as COVID-19 surges



WHO chief warns poor could be 'trampled' in vaccine push



Trudeau affirms farmers' right to demonstrate after India criticizes his remarks

Use of this Website assumes acceptance of Terms & Conditions and Privacy Policy

Political Ads Registry

© 2020  Bell Media  All rights reserved.