# EXHIBIT G



No. 202.61

## EXECUTIVE ORDER

**Continuing Temporary Suspension and Modification of Laws
Relating to the Disaster Emergency**

**WHEREAS**, on March 7, 2020, I issued Executive Order Number 202, declaring a State disaster emergency for the entire State of New York; and

**WHEREAS**, both travel-related cases and community contact transmission of COVID-19 have been documented in New York State and are expected to continue;

**NOW, THEREFORE**, I, Andrew M. Cuomo, Governor of the State of New York, by virtue of the authority vested in me by Section 29-a of Article 2-B of the Executive Law to temporarily suspend or modify any statute, local law, ordinance, order, rule, or regulation, or parts thereof, of any agency during a State disaster emergency, if compliance with such statute, local law, ordinance, order, rule, or regulation would prevent, hinder, or delay action necessary to cope with the disaster emergency or if necessary to assist or aid in coping with such disaster, I hereby temporarily suspend or modify, for the period from the date of this Executive Order through October 9, 2020 the following:

- Subdivision 1 of section 579 of the Public Health Law is modified to the extent necessary to require immediate reporting (not more than 3 hours) of results of COVID-19 and influenza testing by additional clinical laboratories, including those operated by a licensed physician, osteopath, dentist, midwife, nurse practitioner or optometrist who is authorized by the Food and Drug Administration (FDA) or Department of Health to administer a point of care COVID-19 test and registered with the Department of Health as a physician office laboratory, in accordance with section 576-c of the Public Health Law and Section 58-1.14 of Title 10 of the NYCRR; provided further as it relates to COVID-19 testing, containing information pertaining to attendance and employment in school as required by the below directives.

**IN ADDITION**, by virtue of the authority vested in me by Section 29-a of Article 2-B of the Executive Law to issue any directive during a disaster emergency necessary to cope with the disaster, I do hereby issue the following directives through October 9, 2020:

- Every licensed professional authorized by the Department of Health Physician Office Laboratory Evaluation Program to administer a test for COVID-19 or influenza, whether alone or in conjunction with any other test, shall report such results immediately (not more than 3 hours) to the Department of Health through the Electronic Clinical Laboratory Reporting System (ECLRS) when a result is received.
    - Provided further that every professional authorized to administer a test for COVID-19 shall not take such sample or administer such test without inquiring, if such individual attends school, and if so, as to where such individual attends school and to report such data to ECLRS; and as to place of employment, and whether the individual works or volunteers in an elementary, secondary school, or post-secondary school, and if so, to report such data to ECLRS.
    - Additionally, every professional authorized to administer a test for COVID-19 shall not take such sample or administer such test without inquiring as to the individual's local address, if such address differs from the individual's permanent address, and such local address must be reported to ECLRS.

- Every licensed laboratory in the state of New York shall require that, prior to processing any specimen for a COVID-19 test, alone or in conjunction with a test for any other communicable disease, information related to school of attendance, or place of employment or volunteer work for any adult, be transmitted to such laboratory along with such sample. Such information must be reported to the State Department of Health via ECLRS.

- Every local health department in the state of New York shall report to the Department of Health, on a daily basis, in a form and manner to be determined by the Department, all COVID-19 testing and diagnoses for any individual who is a student, teacher, and any other individual who is a school employee or volunteer, for both higher and lower education institutions and districts. Such daily report shall include any other data elements as the Commissioner of Health determines to be appropriate to track outbreaks of COVID-19 within higher and lower education institutions, schools and school districts.

- Every school and school district shall report to the Department of Health, on a daily basis, in a form and manner to be determined by the Department, all COVID-19 testing and diagnoses among students, teaching staff, and any other employees or volunteers. Such daily report shall include any other data elements as the Commissioner of Health determines to be appropriate to track outbreaks of COVID-19 within such schools and school districts.

- Every higher education institution, including but not limited to community and junior colleges, universities, graduate and professional schools, medical schools, and technical schools, shall report to the Department of Health, on a daily basis, in a form and manner to be determined by the Department, all COVID-19 testing and diagnoses among any on-campus students, teaching staff, and any other employees or volunteers. Such daily report shall include any other data elements as the Commissioner of Health determines to be appropriate to track outbreaks of COVID-19 within such higher education institutions, and provided further, that additional notification to the Department of Health is required once an institution reaches 100 positive cases.

- Any directive, modification or suspension heretofore issued to authorize individuals to administer or process any COVID-19 test shall apply to any FDA approved method to test for COVID-19 in conjunction with any other communicable disease.

- All boards of elections shall develop a plan to allow a registered voter to drop off a completed absentee ballot at a board of election, early voting location, or election day voting location, without requiring they wait in line with in-person voters, to help minimize delays during in-person voting and promote contactless voting. Plans must be submitted to the State Board of Elections by September 21, 2020, and made publicly available in the county board of elections office and on their website when submitted.

- For any absentee ballot issued pursuant to Chapter 91 and Chapter 138 of the Laws of 2020 and/or the provisions of Executive Order 202.58 for which a paper application need not be returned by the voter because the voter applied for an absentee ballot by letter, email, facsimile, phone, internet or electronically, the board of elections shall not send such voter a paper absentee ballot application with their ballot, and such voter shall not be required to complete a paper application either prior to or simultaneously to receiving the ballot.

- The directive in Executive Order 202.48, which modified the directive contained in Executive Order 202.41, that prohibited indoor food services and dining as part of Phase Three in New York City, is hereby modified to allow indoor food services and dining in New York City beginning September 30, 2020, so long as Department of Health and any other applicable State-issued guidance is strictly adhered to.



GIVEN under my hand and the Privy Seal of the

State in the City of Albany this ninth

day of September in the year two

thousand twenty.

BY THE GOVERNOR

Secretary to the Governor



THE CITY OF NEW YORK
OFFICE OF THE MAYOR
NEW YORK, N.Y. 10007

EMERGENCY EXECUTIVE ORDER NO. 150

September 30, 2020

EMERGENCY EXECUTIVE ORDER

WHEREAS, on March 7, 2020, New York State Governor Andrew Cuomo declared a State disaster emergency for the entire State of New York to address the threat that COVID-19 poses to the health and welfare of New York residents and visitors; and

WHEREAS, Emergency Executive Order No. 98, issued March 12, 2020 and extended most recently by Emergency Executive Order No. 145, issued September 5, 2020, contains a declaration of a state of emergency in the City of New York due to the threat posed by COVID-19 to the health and welfare of City residents, and such declaration remains in effect; and

WHEREAS, this Order is given because of the propensity of the virus to spread person-to-person and also because the actions taken to prevent such spread have led to property loss and damage; and

WHEREAS, measures taken to combat the spread of COVID-19 may prevent individuals, businesses and other entities from meeting legally imposed deadlines for the filing of certain documents or for the completion of other required actions; and

WHEREAS, this Order is given in order to ensure that the Governor's orders are enforced;

NOW, THEREFORE, pursuant to the powers vested in me by the laws of the State of New York and the City of New York, including but not limited to the New York Executive Law, the New York City Charter and the Administrative Code of the City of New York, and the common law authority to protect the public in the event of an emergency:

Section 1. I hereby direct that sections 1, 2 and 3 of Emergency Executive Order No. 149, dated September 25, 2020, are extended for five (5) days.

§ 2. I hereby direct the Department of Buildings to issue guidance for the determination of the 25% maximum indoor dining capacity as permitted by Governor Executive Order No. 202.61 and any such maximum capacity permitted by subsequent orders of the Governor.

§ 3.  This Order incorporates any and all relevant provisions of Governor Executive Order No. 202 and subsequent orders issued by the Governor of New York State to address the State of Emergency declared in that Order pursuant to his powers under section 29-a of the Executive Law.

§ 4.  I hereby direct the Fire Department of the City of New York, the New York City Police Department, the Department of Buildings, the Sheriff, and other agencies as needed to immediately enforce the directives set forth in this Order in accordance with their lawful enforcement authorities, including but not limited to Administrative Code sections 15-227(a), 28-105.10.1, and 28-201.1, and section 107.6 of the New York City Fire Code. Violations of the directives set forth in this Order may be issued as if they were violations under the New York City Health Code, title 24 Rules of the City of New York sections 3.07 and 3.11, and may be enforced as such by the Department of Health and Mental Hygiene or any other agency named in this section.

§ 5.  This Emergency Executive Order shall take effect immediately, and shall remain in effect for five (5) days unless it is terminated or modified at an earlier date.

*[signature]*

Bill de Blasio,
MAYOR