```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
OUR WICKED LADY LLC (d/b/a "Our Wicked   :    21cv0165(DLC)
Lady"), et al.,                          :
                                         :         ORDER
                    Plaintiffs,          :
              -v-                        :
                                         :
ANDREW CUOMO, in his official capacity   :
as Governor of the State of New York;    :
STATE of NEW YORK; BILL de BLASIO, in    :
his official capacity as Mayor of New    :
York City; and THE CITY of NEW YORK,     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

   Having received the plaintiffs' letter of February 26, 2021, it is hereby

   ORDERED that a conference is scheduled for **March 2, 2021 at 3:00pm.**

   Due to the ongoing COVID-19 pandemic, the conference will be held telephonically.  The parties shall use the following dial-in credentials for the telephone conference:

       Dial-in:       888-363-4749

       Access code:   4324948

The parties shall use a landline if one is available.

Dated:   New York, New York
         March 1, 2021

                                         _____
                                           DENISE COTE
                            United States District Judge