```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
OUR WICKED LADY LLC (d/b/a "Our Wicked   :      21cv0165(DLC)
Lady"), et al.,                          :
                                         :           ORDER
                    Plaintiffs,          :
                                         :
           -v-                           :
                                         :
ANDREW CUOMO, in his official capacity   :
as Governor of the State of New York;    :
STATE of NEW YORK; BILL de BLASIO, in    :
his official capacity as Mayor of New    :
York City; and THE CITY of NEW YORK,     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The plaintiffs' reply in support of their motion for a preliminary injunction was due February 26, 2021, but not filed. As set forth in the telephone conference of March 2, 2021, it is hereby

ORDERED that the plaintiffs shall, to the extent they take issue with any statement of law or proposition of fact in the defendants' opposition to their motion, file a reply in support of their motion for a preliminary injunction by **Friday, March 5, 2021**. The reply shall also identify areas of disagreement with the State defendants' expert, Emily Lutterloh, M.D., MPH, which the plaintiffs contend require cross examination of the expert.

IT IS FURTHER ORDERED that, the parties having consented to a virtual hearing, to the extent required any hearing will be held on **March 18, 2021 at 3:00pm** via the Microsoft Teams videoconference platform, if that platform is reasonably available.  To access the conference, paste the following link into your browser: https://teams.microsoft.com/l/meetup-join/19%3ameeting_NjVlOWMzY2QtYzc0NS00Y2Y2LWE3MzMtZDUyZGU4ZDFhMjkz%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-67c6543d3542%22%2c%22Oid%22%3a%2220b3b4ec-1ef6-4484-88f4-2126fecd52fa%22%7d.

To use this link, you may need to download software to use the platform's videoconferencing features.[1]  Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above. Users who are unable to download the Microsoft Teams application may access the meeting through an internet browser, although downloading the Teams application is highly recommended.[2] Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Microsoft Teams.  For general guidelines for participation in

---

[1] See Microsoft, Download Microsoft Teams (last visited Dec. 7, 2020), https://www.microsoft.com/en-us/microsoft-365/microsoft-teams/download-app.
[2] Please note that participants who access the Teams meeting using an internet browser may only be able to view one participant at a time.

remote conferences, visit https://nysd.uscourts.gov/covid-19-coronavirus.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Microsoft Teams may access the conference's audio using the following credentials:

    Call-in number:    +1 917-933-2166

    Conference ID:    841 518 153#


Dated:    New York, New York
           March 2, 2021

                                DENISE COTE
                        United States District Judge