# Kenneth E. Belkin, Esq.

Attorney at Law

225 Broadway
Suite 715
New York, NY 10007

c 718.724.3466
f 212.566.8165

1225 Franklin Avenue
Suite 325
Garden City, NY 11530

kb@belkinlaw.com
belkinlaw.com

---

March 5, 2021

**BY ECF**
The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

**RE:**     **Our Wicked Lady, et al v. Gov. Andrew Cuomo, et al., 1:21-cv-00165**

Dear Judge Cote:

    As you are aware, I represent the Plaintiffs in the above matter. I write today to inform the Court that I am waiving my right to cross examine the State Defendants' Declarant, Emily Lutterloh, MD., MPH, at the hearing currently scheduled for March 18, 2021.

    I waive this right so the actions of the Plaintiffs and myself in undertaking this matter do not in any way undermine the State's response to the public health crisis we are currently facing. I do this in consideration of Assistant Attorney General Matthew Conrad's representations that Dr. Lutterloh is in charge of the State's COVID-19 vaccine rollout and producing her could hamper those efforts.

    I appreciate the Court's time and attention to this matter.

                        Respectfully Submitted,

                        _____/S_____

                        Kenneth E. Belkin, Esq. (KB 0080)
                        *Attorney for Plaintiffs*
                        225 Broadway, Suite 715
                        New York, New York 10007
                        c: 718.724.3466
                        f: 212.566.8165
                        e: kb@belkinlaw.com