```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
OUR WICKED LADY LLC (d/b/a "Our Wicked   :    21cv0165(DLC)
Lady"), et al.,                          :
                                         :        ORDER
                       Plaintiffs,       :
              -v-                        :
                                         :
ANDREW CUOMO, in his official capacity   :
as Governor of the State of New York;    :
STATE of NEW YORK; BILL de BLASIO, in    :
his official capacity as Mayor of New    :
York City; and THE CITY of NEW YORK,     :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    Having received the plaintiffs' letter of March 5, 2021, it is hereby

    ORDERED that the virtual hearing currently scheduled for March 18, 2021 at 3:00pm is cancelled.

Dated:    New York, New York
           March 8, 2021

                                    _____
                                        DENISE COTE
                            United States District Judge