```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
OUR WICKED LADY LLC (d/b/a "Our Wicked   :    21cv0165(DLC)
Lady"), et al.,                          :
                                         :         ORDER
                    Plaintiffs,          :
          -v-                            :
                                         :
ANDREW CUOMO, in his official capacity   :
as Governor of the State of New York;    :
STATE of NEW YORK; BILL de BLASIO, in    :
his official capacity as Mayor of New    :
York City; and THE CITY of NEW YORK,     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 23, 2021, defendants City of New York and Mayor Bill de Blasio ("City Defendants") filed a motion to dismiss the complaint pursuant to Fed. R. Civ. P 12(b)(6). On March 9, the plaintiffs filed an amended complaint. It is hereby

ORDERED that the City Defendants' February 23 motion shall be terminated as moot.

IT IS FURTHER ORDERED that all defendants shall respond to the amended complaint by **March 31, 2021**. If the defendants file motions to dismiss, the plaintiffs shall file any opposition by **April 21, 2021**. Defendants shall file any replies by **May 5, 2021**.

Dated:   New York, New York
         March 10, 2021

_____
DENISE COTE
United States District Judge