UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OUR WICKED LADY, LLC (d/b/a "Our Wicked Lady") *et al.*,<br><br>                              Plaintiffs,<br><br>-against-<br><br>ANDREW M. CUOMO**,** in his official capacity as Governor of the State of New York; STATE OF NEW YORK; BILL de BLASIO, in his official capacity as Mayor of New York City; and THE CITY OF NEW YORK,<br><br>                              Defendants. | **CITY DEFENDANTS' NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**_____<br><br>Civil Action No.: 21-CV-165 (DLC) |

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in support of this motion, and the pleadings herein, Defendants Mayor Bill de Blasio in his official capacity as Mayor of New York City and the City of New York, will move before this Court before the Honorable Denise L. Cote, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 18B, on a date and time to be determined by the Court for an order dismissing the Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a cause of action, together with such other and further relief as the Court deems just, fair and equitable.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Order of this Court dated March 23, 2021, any papers filed in opposition to this motion shall be filed on or before May 21, 2021, and any reply papers shall be filed on or before June 4, 2021.

- 2 -

Dated:       New York, New York
             April 30, 2021

                                    JAMES E. JOHNSON
                                    Corporation Counsel of the
                                      City of New York
                                    Attorney for City Defendants
                                    100 Church Street
                                    New York, New York 10007
                                    (212) 356-2183

                            By:   /s/ *Kerri A. Devine*
                                  /s/ *Samantha M. Schonfeld*
                                    Kerri A. Devine
                                    Samantha M. Schonfeld
                                    Assistant Corporation Counsels

To:      Counsel of Record (By ECF)