# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

OUR WICKED LADY, LLC (d/b/a "Our Wicked Lady"), et al.,

                      Plaintiffs,

  -against-                                               21 **CIVIL** 165 (DLC)

## JUDGMENT

ANDREW CUOMO, in his official capacity as Governor of the State of New York; STATE OF NEW YORK; BILL de BLASIO, in his official capacity as Mayor of New York City; and THE CITY OF NEW YORK,

                     Defendants.

-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 11, 2021, and for the reasons set out in the March Opinion, the plaintiffs have failed to state claims under the federal and state Due Process, Equal Protection, and Takings Clauses. In addition, its claims for injunctive relief are moot. Accordingly, the FAC is dismissed and judgment is entered for the defendants; accordingly, this case is closed.

**Dated:**  New York, New York

       June 11, 2021

                                                                           **RUBY J. KRAJICK**

                                                                           **Clerk of Court**

                          **BY:**        K. Mango

                                                                          **Deputy Clerk**